IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Terrance W. Kirby, | : | Case No. 04-24974-TPA |
| Elizabeth L. Kirby, | : | Chapter 13 |
| | : | |
| Debtors. | : | |
| | : | |
| Terrance W. Kirby, | : | |
| Elizabeth L. Kirby, | : | |
| Plaintiffs, | : | |
| | : | Adversary No. 05-2666 |
| vs. | : | |
| | : | |
| Beneficial Consumer Discount Company, | : | |
| | : | |
| Defendant. | : | |

## ORDER

NOW this _____ day of ___July___, 200_5_, upon consideration of the above captioned adversary proceeding, it is

ORDERED that judgment is hereby granted to Plaintiffs against Defendant. It is further ordered that the claim of Beneficial Consumer Discount Company against the Plaintiff in the above captioned bankruptcy case is wholly unsecured, and is further ordered that the second mortgage heretofore held by the Defendant against the Plaintiffs' real property is hereby avoided.

BY THE COURT:

_____ 31
U.S. BANKRUPTCY JUDGE

Plaintiff shall serve a copy of this order on the Chapter 13
Trustee by way of regular first class mail.
The Clerk shall close this Adversary.

FILED
JUL 29 2005
CLERK, U.S.
WEST. DIST. OF PENNSYLVANIA